# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dearie, Raymond J. | Eastern District of New York | 07/21/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge, Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
Room 910
225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Savings | A | Interest | M | T | | | | | |
| 2. Citibank IRS Money Market AIC | A | Interest | J | T | | | | | |
| 3. Federal Credit Union | A | Interest | K | T | | | | | |
| 4. USAA Checking and Savings (X) | A | Interest | J | T | | | | | |
| 5. First National Bank of St. Louis (X) | A | Interest | J | T | | | | | |
| 6. Municipal Credit Union (X) | A | Interest | J | T | | | | | |
| 7. Apple | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 8. Berkshire Hathaway Inc.(X) | A | Dividend | K | T | | | | | |
| 9. Chevron Corp | A | Dividend | J | T | | | | | |
| 10. Conoco Phillips | | None | J | T | | | | | |
| 11. Express Scripts Holding | | None | J | T | | | | | . |
| 12. General Mills | A | Dividend | K | T | | | | | |
| 13. Nike | A | Dividend | K | T | | | | | |
| 14. Potash | | None | | | Sold | 05/18/16 | J | | |
| 15. Target | | None | | | Sold | 05/18/16 | J | | |
| 16. Walt Disney | | None | J | T | | | | | |
| 17. Wells Fargo | | None | J | T | Buy | 05/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Global Equity Fund CL A | A | Int./Div. | J | T | | | | | |
| 19. MFS Int'l Diversificaiton | D | Int./Div. | J | T | | | | | |
| 20. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 21. Edward Jones Investment - Act (H) | | | | | | | | | |
| 22. Bridge Builder Bond Fund | A | Dividend | J | T | | | | | |
| 23. Bridge Builder Core Plus Bond Assoc. | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 24. Capital World Bond | A | Dividend | | | Sold | 06/16/16 | J | | |
| 25. CBA Aggressive Growth I | A | Dividend | | | Sold | 06/16/16 | J | | |
| 26. Columbia Small Cap Value I | A | Dividend | J | T | | | | | |
| 27. Dimenional DFA Int'l Value Fund | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 28. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 29. Europacific Growth | A | Dividend | J | T | | | | | |
| 30. Franklin Mutual Shares | A | Dividend | J | T | | | | | |
| 31. Harbor International | A | Dividend | | | Sold | 09/07/16 | J | | |
| 32. Ironbridge Smid Cap | A | Dividend | J | T | | | | | |
| 33. Jh Disciplined Value Mid Cap | A | Dividend | J | T | | | | | |
| 34. JP Morgan Fed Mon Mkt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Mainstay Icap Select Equity | A | Dividend | | | Sold | 05/11/16 | J | | |
| 36. Metropolitan West Ttl Ret Bd (X) | A | Dividend | | | Sold | 06/16/16 | J | | |
| 37. MFS Int'l Value | A | Dividend | J | T | | | | | |
| 38. Pimco Total Return IV (X) | A | Dividend | J | T | | | | | |
| 39. Prudential High Yield | A | Dividend | J | T | | | | | |
| 40. Prudential Jenn Mid Cap GR | A | Dividend | J | T | | | | | |
| 41. T. Rowe Price Instl Lrge Cp G (X)R | B | Dividend | J | T | | | | | |
| 42. T. Rowe Price Int'l Stock (X) | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 43. Victory Small Company Opport | A | Dividend | J | T | | | | | |
| 44. Edward Jones Act. 2 - Roth IRA (X) (H) | | | | | | | | | |
| 45. AFS Int'l Growth Fund CL I | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 46. Bridge Builder Bond Fund | A | Dividend | J | T | | | | | |
| 47. Cba Aggressive Growht I | A | Dividend | J | T | | | | | |
| 48. Columbia Acorn Int'l | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 49. Dimensional Int'l Small Co. Fund | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 50. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 51. Franklin Mutual Shares CI Z | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Fundamental Investors | A | Dividend | J | T | | | | | |
| 53. Harbor Capital Appreciation | A | Dividend | J | T | | | | | |
| 54. Harbor International | A | Dividend | | | Sold | 09/07/16 | J | | |
| 55. Invesco Comstock | A | Dividend | J | T | | | | | |
| 56. JP Morgan Fed Mon Mkt | A | Dividend | J | T | | | | | |
| 57. JP Morgan High Yield | A | Int./Div. | K | T | Buy (add'l) | 05/11/16 | J | | |
| 58. JP Morgan Mid Cap Value Instl | A | Int./Div. | K | T | Sold (part) | 05/25/16 | J | | |
| 59. JP Morgan US Gov't Money Market Fund | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 60. Loomis Sayles Global Bond | A | Dividend | | | Sold | 05/25/16 | J | | |
| 61. Loomis Sayles INV Grade BD | A | Dividend | J | T | | | | | |
| 62. Metropolitan West Ttl Red Bd | A | Dividend | J | T | | | | | |
| 63. MFS International Value | A | Dividend | J | T | | | | | |
| 64. MFS Value | A | Dividend | J | T | | | | | |
| 65. Pimco Total Return IV | A | Dividend | J | T | | | | | |
| 66. Prudential High-Yield | A | Dividend | J | T | | | | | |
| 67. T. Rowe Price Blue Ship Gr | A | Dividend | J | T | | | | | |
| 68. T. Rowe Price Intl Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Edward Jones Act. 3 - Traditional IRA (X) (H) | | | | | | | | | |
| 70. Bridge Builder Bond Fund | A | Dividend | J | T | | | | | |
| 71. Bridge Builder Large Growth | A | Dividend | | | Sold | 05/25/16 | J | | |
| 72. Bridge Builder Small Mid-Growth | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 73. Bridge Builder Small Mid-Value | A | Dividend | J | T | | | | | |
| 74. Bridge Builder Intl Equity | A | Dividend | J | T | | | | | |
| 75. CBA Aggressive Growth I | A | Dividend | | | Sold | 05/25/16 | J | | |
| 76. Dodge & Cox Stock | A | Dividend | J | T | Buy (add'l) | 05/25/16 | J | | |
| 77. Franklin Mut Glbl Dscv Fd Cl Z | A | Dividend | | | Sold | 05/25/16 | J | | |
| 78. Fundamental Investors | A | Dividend | J | T | | | | | |
| 79. Harbor Capital Appreciation | A | Dividend | J | T | | | | | |
| 80. Invesco Comstock | A | Dividend | J | T | | | | | |
| 81. JP Morgan Fed Mon Mkt | A | Dividend | J | T | | | | | |
| 82. JP Morgan High Yield | A | Dividend | J | T | | | | | |
| 83. JP Morgan Mid Cap Value | A | Dividend | J | T | | | | | |
| 84. Loomis Sayles Global Bond | A | Dividend | | | Sold | 05/25/16 | J | | |
| 85. Loomis Sayles Inv Grade Bd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metropolitan West Ttl Ret Bd | A | Dividend | J | T | | | | | |
| 87. MFS Intl New Discovery | A | Dividend | | | Sold | 05/25/16 | J | | |
| 88. MFS Value | A | Dividend | J | T | | | | | |
| 89. Pimco Total Return IV | A | Dividend | J | T | | | | | |
| 90. Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 91. Ranier Small/Mid Cap Eq Instl | A | Dividend | J | T | | | | | |
| 92. Scout Int'l | A | Dividend | J | T | | | | | |
| 93. T. Rowe Price Blue Chip Gr | A | Dividend | J | T | | | | | |
| 94. T. Rowe Price Intl Bd | A | Dividend | J | T | | | | | |
| 95. T. Rowe Price Intl Stock | A | Dividend | J | T | | | | | |
| 96. Federate Municipal & Stock Advantage Fund | A | Dividend | J | T | | | | | |
| 97. Rollover IRA (H) Mutual Funds | | | | | | | | | |
| 98. Blackrock Large Cap Value Fund | | None | L | T | Sold (part) | 12/08/16 | K | | |
| 99. JP Morgan Large Cap Growth | | None | K | T | | | | | |
| 100. Newberger Berman Mid Cap Growth | A | Dividend | J | T | | | | | |
| 101. Newberger Int'l Equity Fund | A | Dividend | K | T | | | | | |
| 102. Clearbridge Small Cap Grw Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Prudential Jennison Int'l Fund | A | Dividend | K | T | | | | | |
| 104. Prudential QMA Small Cap Value | A | Dividend | J | T | Sold (part) | 12/08/16 | J | | |
| 105. Victory Integrity Mid Cap Value | A | Dividend | K | T | Sold (part) | 12/08/16 | J | | |
| 106. Prudential Equities Individual Account (H) | | | | | | | | | |
| 107. Annaly Cap Mgmt. Inc. | | None | J | T | | | | | |
| 108. Apple Inc. | A | Dividend | J | T | | | | | |
| 109. Berkshire Hathway Inc. | A | Dividend | J | T | | | | | |
| 110. Calamos High Income Fund | A | Dividend | J | T | | | | | |
| 111. Celgene Corp. | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 112. Gilead Sciences Inc. | A | Dividend | J | T | | | | | |
| 113. Harmon Int'l Industries Inc. | A | Dividend | J | T | | | | | |
| 114. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 115. KKR & Co. | A | Dividend | J | T | | | | | |
| 116. Newberger Berman | A | Dividend | J | T | | | | | |
| 117. Stryker Corp | | None | J | T | Buy | 12/06/16 | J | | |
| 118. TJX Cos Inc. | A | Dividend | J | T | | | | | |
| 119. I Shares | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  SPDR Five Hundred | | None | J | T | | | | | |
| 121.  Vanguard Whitehall Funds | A | Dividend | J | T | | | | | |
| 122.  Starwood Property Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 07/21/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond J. Dearie**           *Raymond J. Dearie*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544